**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. 11-CR-30187-DRH |
| ) | |
| **WILLIE J. BARBEE,** ) | |
| ) | |
|     **Defendant.** ) | |

## ORDER

**HERNDON, CHIEF JUDGE:**

Counsel for defendant Willie J. Barbee having raised the issue of his competency by way of a motion for a statutory evaluation of defendant pursuant to 18 U.S.C. § 4241 and the Court being fully advised in the premises, finds that there is reasonable cause to believe that defendant Barbee may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is hereby ordered that a psychiatric examination of defendant Barbee be conducted by a licensed or certified psychiatrist at an institution to be designated by the Attorney General. The examination shall be completed within 30 days unless an extension of this time is granted by the Court. A psychiatric report shall be filed with this Court in accordance with 18 U.S.C. § 4247(c), with copies to counsel, which

shall include:

1. The defendant's history and present symptoms.

2. A description of the psychiatric and medical tests that were employed and their results.

3. The examiner's findings as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The United States Marshal shall transport the defendant to the institution designated by the Attorney General and upon completion of the examination, return him to the Court for a hearing in accordance with the provisions of 18 U.S.C. § 4241(a) and (c) and 4247(d).

The 30 days allowed for the examination under this Order shall begin on the day the defendant is first physically present at an institution designated by the Attorney General.

**IT IS SO ORDERED.**

Signed this 11th day of January 2012.

David R. Herndon
2012.01.11
10:50:09 -06'00'

**Chief Judge**
**United States District Court**